

**RECEIVED JAN 25 2021 BY MAIL**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**Complaint for a Civil Case**

LAWRENCE M. EDWARDS
1343 STATE ROAD O, FULTON, MO, 65251
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Plaintiff,

Eilesha M Mockabee
5550 Cates Ave, St. Louis, MO, 63112
(Unknown Army Guy)
Address unknown at this time

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Defendant(s)

Case No. 4:21-cv-00100 RWS
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☑ Yes ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Fulton Reception & Diagnostic Center |
| Street Address | 1393 State Road O, |
| City and County | Fulton |
| State and Zip Code | Missouri  65251 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | (Unknown At This Time) |
| Job or Title | U.S. Army in the testicle Unit |
| Street Address | 3600 Valhalla Drive |
| City and County | Glensdale, California or Burbank, Ca |
| State and Zip Code | Burbank, California, 91515 |
| Telephone Number | 818-845-5284 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)* Fraud, Identity theft, bank fraud, wire fraud, payday loan fraud, unemployment theft etc;

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any. One of the defendants is enlisted in the U.S. State government. He's in the army, in the Tactile unit division, stationed in Burbank, Ca but lives somewhere in Glendale, Ca, or possibly the U.S. Army Department military base at: 3800 Valhalla, Ca 91515

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* Lawrence M. Edwards, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

# State Of Claims

1. On or about February 2018, Defendant Eilesha Mackoffee-Edwards went online and fraudulently took out a $300.00 dollar loan with CreditBox.com

2. On or about May 2018, Defendant Eilesha Mackoffee-Edwards went online and fraudulently took out a $450.00 dollar loan with CreditBox.com. She knowingly aware Plaintiff was incarcerated and never gave her authorization to do such. The loan has since went into default around November and Plaintiff owes about $492.00 dollars.

3. On or about December 26, 2018, around 5:38 PM EST Defendant Eilesha Mackoffee-Edwards, through Jpay from her google account Determined Marie sent Plaintiff a photograph of herself either in a public library or business in front of a computer. She did not have a job, and she used public library computers to falsify and take-out pay day loans in other person(s) names. Oneth may have used such to take out more in Plaintiff's name. Plaintiff's personal information was given to Defendant and creditors are coming after him to be paid. Plaintiff was incarcerated and never gave her authorization to do such, nor to do in his name.

4. On or about July 12, 2019 Plaintiff and Defendant Eilesha Mackoffee-Edwards were engaged in terrible arguments because of excuses she was making up why she could not visit him in prison. She claimed car trouble and tending to problems within her house. However, she is clearly at a motel or hotel in the Jpay photograph from her google account Determined Marie she took of herself and this may be one of many times she was engaged in an affair(s).

5. On or about July 16, 2019 Plaintiff and Defendant Eilesha Mackoffee-Edwards still engaged in arguments over her whereabouts. She claims the same excuses as mentioned in paragraph 4. She goes through Jpay from her google account Determined Marie sending Plaintiff two more photographs of herself in a motel or hotel, which she stayed in for almost 5 days, the motel or hotel is the same and she's clearly not home.

6. On or about July 16, 2019 Defendant Eilesha Mockoffee-Edwards is in sometype bathroom of a bus terminal which may be apart of the motel or hotel she sent photograph of herself to Plaintiff by Jpay through her google account Determined Marie. She's clearly not at home but her location and web activity will be analyzed and her whereabouts known as discovery is underway.

7. On or about August 1, 2019 Plaintiff and Defendant are not together due to Defendant Eilesha Mockoffee not having found a place for them to live together at. She continued to encourage him to relocate to Kansas City, Mo. in order to hide her affair.

8. On or about August 19, 2019 Plaintiff is released from St. Joseph's Western Reception Diagnostic Center. Defendant Eilesha Mockoffee-Edwards arrived at the Kansas City, Missouri Greyhound bus station unannounced and stalking Plaintiff whom was with his cousin Dr. G.S. and his daughter J.H. Defendant Eilesha Mockoffee continuously called them both making threats on Plaintiff's life and then telling her Plaintiff boarded an airplane and headed to Virginia. Plaintiff actually went to Transitional Center of St. Louis, Mo.

9. On or about August 29, 2019 Plaintiff was taken to Barnes Hospital on S. Kingshighway in St. Louis, Mo. after suffering chest pains he developed from the arguments and stress he was undergoing from Defendant Eilesha Mockoffee-Edwards affair. She came to the hospital and Plaintiff had her take photographs of them from her cellphone but send them to his Jpay account through her google account Determined Marie. Plaintiff sensed that she really didn't love him but had an agenda and ulterior motives unknown to him during that time and felt the need to start a photographic / videographic documentary of his life. He just felt death around him with her.

10. On or about Aug 30, 2019 / Aug 31, 2019 Defendant Eilesha Mockoffee-Edwards photographs of Plaintiff at Barnes Hospital and his uncomfortable looks during his picture being sent to his Jpay account from her google account Determined Marie.

11. On or about Oct. 2019, the arguments increased to the point Plaintiff's P.D. Carol Dent started to question the marriage Plaintiff was in being toxic and manipulating difficulties to Plaintiff's parole. Defendant Eibcha Mackoffee-Edwards would pick Plaintiff up, but purposely would not bring him back to the transitional center on time, or take him far out to job search and joke car trouble to the point Plaintiff was placed on GPS. Plaintiff would incur violations that could have had his parole revoked. Defendant would not give Plaintiff a key to her home.

12. On or about Nov. 2019 Plaintiff caught another man exiting from Defendant Eibcha Mackoffee-Edwards home and drove off. Plaintiff had called Defendant 10 minutes prior to inform her that she had failed to pick him up for work and would be on his way over. Plaintiff was really up the block after catching the bus. Plaintiff's P.D. Carol Dent heard the anger and Plaintiff crying and begging Defendant to just take him to work. Plaintiff didn't realize his iphone was on. P.D. Dent said she happy Plaintiff handled himself and did not do anything crazy.

13. On or about Dec. 2019 Defendant Eibcha Mackoffee-Edwards contacted Plaintiff's victim's family. She then posted a mug-shot of Plaintiff's prison photograph with the address of the Transitional Center of St. Louis, along with his phone number. Plaintiff had removed his marital ring and told Defendant he wanted a divorce. Once Plaintiff's mug-shot hit Facebook, over 100,000 viewers stated threatening his life to the point Plaintiff was told by custody staff they had to relocate him to save his life cause the threats were growing.

14. On or about Dec 28, 2019, Plaintiff relocated to Kansas City due to threats on his life after Plaintiff was posted on Facebook by Defendant Eibcha Mackoffee-Edwards and had to start figuring out how to be independent and self-sufficient cause Defendant abandoned him, neglected him and kept having her affair(s).

15. On or about March 2020, Defendant Eilesha Mackoffee-Edwards after having travelled to an address coded TX 23446 and Portland on Greyhound to donate monies into a false non-profit church or school to receive tax write-off; so came to Plaintiff's apartment pretending to visit and fake reconciliation and moved in only to implement her plan to defraud, steal his identity, launder money and murder him.

16. On or about March 2020, without Plaintiff's authority or his knowledge, sought his credit reports from TransUnion, secretly paying $240 dollars each month to build up his credit score, in that, the plan was to later ruin that same credit, obtain credit life insurance and credit account loans. She knew this would cause Plaintiff financial ruin.

17. On or about June 2020, Plaintiff received his stimulus check for this month. Without his knowledge Defendant Eilesha Mackoffee-Edwards was entering fraudulent information into the economic impact payment portal in an attempt to steal it from him that would have affected his ability to pay his rent, food and travel back and forth to work.

18. On or about June 2020, Plaintiff took Defendant Eilesha Mackoffee-Edwards with him to Autobank on Truman Rd in Kansas City, Mo to purchase a 2014 Jeep Compass. Plaintiff needed more money toward full coverage insurance after discovering by carrying Defendant who still owed a debt towards her insurance. Plaintiff's cousin A.S.J. referred an agent who faxed over Geico insurance documents, and obtained the jeep.

19. On or about June 23, 2020, Defendant Eilesha Mackoffee went behind Plaintiff's back and went online after changing his email from 68lawrence@gmail.com to 1968lawrence@gmail.com so that notifications would come to here. However, Defendant had already started sometype policy in Plaintiff's name that was cancelled in May 2020 without his knowledge, and will find out why once discovery in this civil litigation gets underway.

20. On or about June 2020, Defendant Eilesha Mackoffee-Edwards purchased $300.00 worth of merchandise from Grand Express and $500 dollars she placed on her Cash app. Plaintiff had obtained a job with Team Thrift and he brought home $900 to $1,000 dollars every two weeks depending on the extra hours Plaintiff worked. Defendant Eilesha Mackoffee never had employment throughout the full year of 2020. Plaintiff believes Defendant's purchases were kid's toys that she donated to something called HSCSTPA, like some church or school to obtain fraudulent tax write-offs.

21. On or about July 2020, Defendant Eilesha Mackoffee-Edwards continued going out of town every two weeks to have her affair cs2. She openly told Plaintiff she met a guy in the military but they were just talking. She and Plaintiff no longer were engaged in a sexual relationship. Whereupon, Plaintiff had been engaged in a few affairs of his own. Plaintiff got involved with a woman calling herself Cashmere Israel and asked Defendant for a divorce. Defendant had refused to leave, pulled a gun then machete on Plaintiff threatening to kill him. Defendant also contacted Cashmere Israel and threatened to kill her as well.

22. On or about August 2020, Defendant Eilesha Mackoffee-Edwards had been changing Plaintiff's gmail account passwords. Some of the passwords/emails are:
    1. 68 Lawrence to 68elawrence@gmail.com / 1968 Law
    2. 1968 lawrence@gmail.com / 68 lawrence@gmail.com
    3. 1968 Lawrence@gmail.com / 1968 Lawrence@gmail.com
    4. 68 Lawrence@gmail.com / 68 Lawrence@gmail.com / 68 Lawrence@gmail.com
    5. 1968 Elaw@gmail.com / 1968 Elaw@gmail.com / Elaw1968@gmail.com
    6. 92 Jazzie@gmail.com / Jazzie92@gmail.com / 92 Jazzie

and more emails / passwords will be revealed after discovery has been conducted in this case.

23. On or about August 2020, Defendant lied about taking her father on a retreat due to his allegedly dying from cancer. In truth, she was travelling on a vacation with some of her alleged friends along with the dude from military and accidently butt dialed on her google since "paired" to Plaintiff's phone without his knowledge transferred one of their conversations to Plaintiff's voicemail talking about the hotel they paid for at Lake of Ozarks and Denver Colorado. Plaintiff, after hearing the affair had Defendant's BMW towed and continued to let the cost go up, so Defendant Erleeshe Mackoffee couldn't pay.

24. On or about August 16, 2020 Defendant Erleeshe Mackoffee-Edwards finally started calling Plaintiff. Throughout her vacation she repeat most of his calls or made excuses. Defendant asked Plaintiff to check on her car, Plaintiff said "fuck you and your car bitch!, and that he had it towed. Defendant called back screaming and threatening to kill Plaintiff that was overheard by all of his co-workers. Plaintiff told Defendant, "have that nigga who's dick you been sucking/fucking to pay to get your car out of tow." Defendant said the last thing she going to do is run Plaintiff and kill him. She also said if he didn't pay to get it out she would contact Plaintiff's Parole officer. In fact, she did and Plaintiff's P.O contacted him but Plaintiff still refused to pay for the tow. Plaintiff then made videos that one of his co-workers helped him make to send to Defendant upsetting her. Plaintiff then sent videos/pictures of new women he had met during Defendant's vacation. Defendant sent back 100% of pictures from Plaintiff's gallery and he didn't know how she acquired them.

25. On or about August 21, 2020 Plaintiff sent Defendant Erleeshe Mackoffee-Edwards videos of himself showing her divorce papers his cousin Dr. G.S. typed up and himself delivering them to the Jackson County Courthouse having divorce papers processed. Plaintiff had to go back at least thrice. At some point, Plaintiff had removed all of his belongings from the storage she had Plaintiff to sign his name to, after she decided she didn't want it in hers before she left on her trip with friends and the military guy.

26. On or about August 26, 2020 Plantiff was being followed and chased down and finally shot at. He made several police reports on who was shooting at him and why. Plantiff spoke with his brother Carlton Johnson whom told him months later that Defendant Eikeko Mackoffee-Edwards was asking for Plantiff's whereabouts and that she told him, how she did meet a dude from St. Louis, Mo started liking him, how Plantiff had girlfriends, but she going to kill Plantiff for breaking her heart. Plantiff's iphone kept giving up his location.

27. September / Oct 2020 Plantiff went into hiding after his cousin Dr. G.S. showed him how to cut-off his location. Plantiff's friend girl Marlo Hill allowed Plantiff to hideout at her apartment. Plantiff and she developed a sexual relationship

28. On or about October 14, 2020, Defendant Eikeko Mackoffee-Edwards was going back and forth to the Bank of America withdrawing monies from Plantiff's bank account without his knowledge. She went to Bank of America on N. Kingshighway, Jefferson, Grovois, and her own bank on 430 Linkell that Plantiff never knew existed. Plantiff's love interest started texting Defendant who discovered his whereabouts.

29. On or about October 18, 2020, Defendant pretended she once again wanted to reconcile and help Plantiff with his relocation to Cape Comardeau, Missouri. She drove Plantiff's jeep to his Parole Officer's and drove to McDonald's while Plantiff saw PO Tom Lawson. Unbeknownst to Plantiff, Defendant paired her phone to his, mirror / screened it, installed Find My Phone which is like a tracking device, she also installed his phone with different spy apps, and turned on his location. All premeditated actions in her plan to murder him. She informed Plantiff's cousin Dr. G.S. that was taking Plantiff back to St. Louis with her. She said she had seen Plantiff just days prior and he and she were going to work out their marriage.

30. Prior to that Plaintiff and Defendant E. Lolo Mochoffee-Edwards were to meet up at Docktrap on 63rd/Raytown Rd, but when Plaintiff pulled up to Docktrap around 1:30 in the morning, Defendant was nowhere in sight. Plaintiff exited his jeep, his cellphone rang, Defendant asked him to walk across the street and come over into the jet black parking lot of Price Chopper. Plaintiff could not see anything except cars only if he looked real close. Plaintiff kept trying to contact Defendant who had hung up on him. She didn't call him back so Plaintiff walked back across the street and started texting Plaintiff about playing games with him. After about 7-8/ten minutes Defendant drove upon the Docktrap parking lot in an Enterprise rental dressed like she had been in disguise and about to wear like dreads going down to the center of her back. Something she had never done before. This was a set-up to kill Plaintiff.

31. On Nov. 4, 2020, Plaintiff spent time with Defendant E. Lolo Mochoffee-Edwards in St. Louis after she had sent a blurred photographs of what was supposed to be the all-black chevy Malibu Plaintiff had reported shooting at him back on Aug 2020 to police. Plaintiff had just been to visit her two-nights before until she called off the reconciliation so Plaintiff went to Cape Girardeau. Defendant knew Plaintiff was to arrive but she expect him showing up with his cousin Jeezy. Defendant appeared nervous and stayed on her phone texting someones. Jeezy drove off in Plaintiffs jeep to handle personal business. Plaintiff was asked why he brought Jeezy. Plaintiff said for her protection. Once back she drove Plaintiff around to different restaurants and talked about things in the past tense, before driving Jeezy to his friend's house and she and Plaintiff back to her dread where the two went and voted. Defendant didn't want to be seen Plaintiff out early that day they went to True Life Evangelistic Center, where Defendant did a live interview lying about not being able to attend her father's funeral in Minneapolis, Mn. She didn't want Plaintiff telling the pastor they were husband and wife. When Plaintiff drove back to Cape Girardeau and all black Malibu pulled up in his driveway, 4 men exited the vehicle and started shooting at Plaintiff.

32. Plaintiff beginning running for his life, hiding behind houses, cars, hotels, returning through parks, up to Saint Francis Medical Center, before being shot at again. Plaintiff recognized one of the shooters but could not put a name to the face. Plaintiff jumped off a ledge that was 15 to 20 feet and injured his ankles to the point he could barely walk. Plaintiff seen the face of another shooter whom resembled someone back in the prison he knew called "MEMPHIS." Plaintiff seen this dude in the all black Malibu in Kansas City, Mo on the night of Aug 2020, pointing that Plaintiff was hiding behind a fence before shooting in Plaintiff's direction. Plaintiff's phone kept pinging. Plaintiff would later learn someone had to have entered his gmail bob Lawrence@gmail.com into the Find My Phone app. Only person who knew his gmail was Defendant Ertesha Mockabee-Edwards. Plaintiff made police report

33. On or about Nov 7, Plaintiff attempted to drive himself to Madison Indiana but Defendant Ertesha Mockabee-Edwards had taken full control of his phone without his knowledge. Plaintiff was being chased by guys trying to kill him. Plaintiff headed back to Cape and hid out at his sister's house. Plaintiff then attempted to go to Defendants house but was met by two trucks blocking off each end of Cates Ave where Defendant lived at. Plaintiff got ready to ram one of the trucks until it allowed him to pass-by. Plaintiff seen a familiar face but still could not place the guy. Plaintiff called Gary Boyd whom helped him be guided to Police Station on Locust. Plaintiff contacted his cousin Dr. G.S. and she, in turn, contacted Defendant Ertesha Mockabee who was unconcern and unfeeling but acted as of Dr G.S. idea for Plaintiff to check into a mental foulah for 72 hours. Plaintiff do so, but Plaintiff was released after someone called, a picture taken of Plaintiff to be verified, and he discharged. The only person who had the authority to be care taker over Plaintiff would be his wife. Plaintiff drove towards Cape when he got a call from Defendant telling him if he went back to Cape they going to kill you. Plaintiff asked who and she hung up stating she would never talk to Plaintiff again. Plaintiff stayed with his sister for a week and some days.

34. On Nov 20, 2020, Plaintiff drove himself to Madison, Inda and. His brother took him over to a girl's house name Rebecca, Plaintiff also met a girl name Jesse. Rebecca discovered Plaintiff's had been what is called "Bo-Bo'd". Jesse showed Plaintiff how his screen could be reversed and all of Defendant Eilesha Mockerfee's stuff would show after seeing it was her who had paired her phone to Plaintiff's, mirror screening it, and Find My Phone app installed. Plaintiff seeing before he went to jail.

  No Name            pserv help.com        Determined Marie
Love thy Self ket                          google account
818. 846. 543

all of Plaintiff's Bank of America bank statements were under her google account on the phone to Glendale, Ca. 818. Defendant Eilesha Mockerfee said this army guy was from California during a telephone call telling Plaintiff, "how he fuckin' with the government now, that she and dude ain't worry about him, that Plaintiff would be facing serious time. This was in response to Plaintiff testing the Attorney General's office once he realized it was his wife trying to kill him.

35. Rebecca stole Defendant Eilesha Mockerfee-Edwards PDF's and helped Plaintiff contact Bank of America after it was discovered Defendant had opened two fraudulent bank accounts behind Plaintiff's savings account. His (Lorrens@gmail.com) Hers (Loven@gmail.com), (Lorren@gmail.com) to disguise her fraudulent activities of withdrawing monies and laundering monies through Plaintiff's routing number to Bank of America Brazil. Bank of America fraud specialist and proper authorities. Defendant was also Defendant was also committing wire fraud, tax fraud, mail fraud, loan fraud, by illegally using Plaintiff's identity to solicit funds without his authority.

36. On or about Dec 14, 2020, Plaintiff believes Defendant Eilesha Mockerfee-Edwards computer and hard drives were confiscated and she questioned.

37. Dec 16, 2020 Defendant Eilesha Mackoffee-Edwards attempted to use Petitioner's identity to fradulently obtain a credit account loan and installment loan with WebBank/Fingerhut Advantage Revolving Credit Account and WebBank/Fingerhut Fresh Start Closed End Installment loan at: 6250 Ridgewood Road St. Cloud, Mn. 56303. Customer No. 3903429485 Phone No. 1-800-356-2847, by going online. Defendant has family in Mn which would be and is a place Defendant has frequent and knows about.

38. Defendant Eilesha Mackoffee had cut-off Plantiff's notification on or about Oct 16, 2020, in order, that he knows that such loans, like Lendnation pay day loans, his unemployment check, his $9,916 college grant, home loan, 6 iphone 12's, his $999 a week checks were being rerouted by "Mail Only" instead direct deposited into his bank account. Defendant used Plaintiff's identity online to have new state ID, SS card and other identification to fradulently preted she was him, other then having her boyfriend to pretend he was the Plantiff to receive home loan. Fraud specialist said Defendant was also a walk-in at Bank of America Oak Grove in Kansas City, Mo. All of her assets and monies in the bank were frozen. She has been red-flagged and Plaintiff's identity alerted every time someone attempts to defraud him.

39. Defendant defaulted on the May 2018 $450.00⁰⁰ loan she got from Credit.Box.com PO Box 2427 Des. Plaines Ill 60017, 888-669-4227 which is about several hours from Belleville Ill where the Defendants Eilesha Mackoffee's Edwards' mother lives

40. Defendant Eilesha Mackoffee-Edwards took out home loan which Plantiff believes she did to make payable towards homeowner Angelo Lewis of 24985 Murray St. Harristown, Michigan 48045 who owns: 5550 Cates Ave Home. Plantiff contacted City Hall's assessor's office in St. Louis, Mo. 63112 who values her home at $90,000 dollars

41. On Dec 17, 2020, Plaintiff and his cousin Dr. G.S. contacted GEICO and learned from a series of questions by representatives that Defendant Eilesha Mackoffee-Edwards listed the zip code "64109" as her location. Then she gave address: 3639 Wabash Kcmo 64109, which is Plaintiff's daughter's home address. Defendant then gave Plaintiff's phone # 573-324-7233 as hers. Back in Nov 2020, Defendant stole his car title, personal property tax waiver, his driver's permit and vin # to his 2014 Jeep Compass. Plaintiff realized that Defendant financed a car using his credentials or for co-signing for home insurance. Everything should be registered with Dep't of Revenue now.

42. Defendant Eilesha Mackoffee-Edwards said she was an independent insurance agent and would know if she applied for credit life insurance policy, if Plaintiff was killed or died all her properties would be covered free of charge of obtained as jointly married.

43. Defendant Eilesha Mackoffee-Edwards is under federal investigation as of this filing for identity theft, mail fraud, tax fraud, wire fraud, bank fraud and loan fraud. She also stole Plaintiff's google account and changed all of my gmails: 68lawrence@gmail to 68elawrence@gmail.com and loorreeon@gmail.com. Plaintiff stay with Rebecca and Jesse sees all the spy wear Defendant Eilesha Mackoffee-Edwards placed on his iphone8 along with having installed Find My Phone onto it as a tracking device and numerous other links in order to have the men she hired to kill him.

44. While incarcerated and going over things, events, and the shootings that Plaintiff realized 100% sure who one of the shooters is. His name is, Lil Mike, the Defendant Eilesha Mackoffee-Edwards' step-son from her first marriage, to her deceased husband Michael Willis; and one of the other shooters that goes by the nickname Memphis. However, as evidence mounts during discovery and extractions from the multiple emails and phones the information will come forth and plaintiff will ask the Court to Amend his complaint and add additional Defendants

2. The Defendant(s)

If the defendant is an individual

The defendant, (name) *(Unknown Army Guy)*, is a citizen of the State of (name) *California* Or is a citizen of (foreign nation) _____.

If the defendant is a corporation

The defendant, (name) _____.

is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____ Or

is incorporated under the laws of the State of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because (explain): *(Unknown Army Guy) $500,000.00 dollars for his fraternization with a civilian's wife while enlisted in the U.S. Army. He was well aware that he was involved in a romantic relationship with Defendant Enisha Edwards who is married to Plaintiff Lawrence Edwards who has them discussing their time spent in Lodge of Ozark hotel and Denver Colorado hotel together, all on Plaintiff's voice-mail*

AMOUNT: $1.5 million dollars

4

### III.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

SEE: ATTACHED STATEMENT OF CLAIM 1-12 pages Front/Back. DUE TO Covid NOT ALLOWED ACCESS TO LAW LIBRARY. STILL IN R&D stage

### IV.  Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. To have Defendant charged with conspiracy to commit murder, identity theft, bank fraud, wire fraud, check fraud, vandalism, and she forced to forfeit over all assets in her/Plaintiff's name and his last name removed from her, and awarded $1,000,000 dollars in damages

To have Defendant Unknown Army guy dishonorably discharged, be charged with conspiracy to commit murder, identity theft, accessory to the crimes, and forced to pay Plaintiff $500,000 5 dollars

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes [✓]   No [ ]

Do you claim actual damages for the acts alleged in your complaint?

Yes [✓]   No [ ]

Do you claim punitive monetary damages?

Yes [✓]   No [ ]

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Personal injury Plaintiff's credit has been ruined by Defendant Eilisha Edwards and her officers caused him mental/emotional anguish. Her attempts to have him killed and his injuries caused him physical pain, trips to the hospital and caused him to suffer a mental break down. His damages $1,000,000 dollars

Personal injury Plaintiff was abducted by his wife from the moment of his release due to Defendant (Unknown Army Guy) he knew he was messing with a married woman and tried to help kill Plaintiff. His damages $500,000 dollars

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of Jan, 20 21.

Signature of Plaintiff(s) _____

6